

ALEJANDRA ORTIZ
Official Court Reporter
County Court at Law No. 1

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
5/23/2025 8:56:33 AM
CHRISTOPHER A. PRINE
Clerk

DATE:       May 6, 2025

TO:         Ruben Morin
            Clerk of Court
            600 Commerce Street, Suite 200
            Dallas, TX  75202

RE:         CC-24-07085-A / Court of Appeals Number / 05-25-00049-CV

            Charles Lewis
            v.
            Dan Willems

Dear Mr. Morin:

I am in receipt of the Court of Appeal's notice dated May 5, 2025, regarding the overdue reporter's record in the above-captioned case.

This case was heard in the backlog Court on several occasions.  Ms. June Pate was the reporter covering each of the hearings, according to the deputy reporter statements on file.  Her email address is junepatecr@gmail.com.  I have forwarded a copy of the May 5th letter to Ms. Pate.

Respectfully,


Alejandra Ortiz, CSR
Texas CSR No. 8951
Expires 12/31/2024
Official Court Reporter - County Court at Law No. 1
600 Commerce Street, 5th Floor
Dallas, Texas 75202
Telephone: (214) 653-7496